UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 18 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Jose Antonio Cardenas,

    Defendant.

Case No. 25-cr-04064-TWR

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

[X] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

[ ] the Court has dismissed the case for unnecessary delay; or

[ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

[ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

[ ] a jury has been waived, and the Court has found the defendant not guilty; or

[ ] the jury has returned its verdict, finding the defendant not guilty;

[X] of the offense(s) as charged in the Indictment/Information:

18:1956(h); 18:981(a)(1)(C), 982(a)(1), 982(b), 28:2461(c) - Conspiracy to Commit Money Laundering; Criminal Forfeiture (1)

Dated: 11/18/2025

Hon. David D. Leshner
United States Magistrate Judge